JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JESUS CASTANEDA, | Case No.: EDCV-15-00910-VAP (DTBx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RE: DISMISSAL OF DEFENDANTS WITH PREJUDICE** |
| CITY OF SAN BERNARDINO, a Local public entity, Chief of Police JARROD BURGUAN, individually and in his official capacity, Officer R. WICKS, Officer PRINZ, Officer DILLON, Officer OLVERA, Officer AHMED, Sgt. HARRIS, and DOES 1-10,_____ | Hon. Virginia A. Phillips |
| Defendants. | |

Before the Court is a Notice of Settlement and Joint Stipulation. The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement. Having read and considered the parties stipulation, and good cause appearing therefore, it is ordered as follows: This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: October 19, 2016    _____

Virginia A. Phillips
Chief United States District Judge